## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

MARIA E. ENRIQUEZ REYES )
)
     Petitioner-Appellee, )
)
v. )
)
KRISTI NOEM, in her capacity as )
Secretary of the Department of )
Homeland Security; PAMELA BONDI,)
in her capacity as United States )
Attorney General; TODD LYONS, in )
his capacity as Acting Director of the )
Immigration and Customs )
Enforcement; SAM OLSON in his )
capacity of as ICE St. Paul Field )
Office Director, )
)
     Respondents-Appellants. )

APPEAL NO. 26-1036

RESPONDENTS APPELLANTS' UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE AND TO STAY BRIEFING SCHEDULE

Respondents Kristi Noem, Pamela Bondi, Todd M. Lyons, and Samuel Olson respectfully move this Court to hold this appeal in abeyance and to stay the briefing schedule.

In this case, Respondents challenge the district court's decision granting Petitioner's Motion for Preliminary Injunction. Specifically, the district court ordered Respondents to provide an immigration bond hearing within seven days of its order. Respondents' opening brief is due by February 17, 2026.

Appellate Case: 26-1036    Page: 1    Date Filed: 01/30/2026 Entry ID: 5602879

Central to the district court's decision is the issue of whether Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2) or discretionary detention under 8 U.S.C. § 1226(a). This issue is under consideration before this Court in *Jaoquin Herrera Avila v. Bondi, et. al*, No. 25-3248. Briefing has been completed in that case, and the Court granted a motion to expedite the appeal.

As the Court's resolution of *Herrera Avila* is potentially dispositive of the issue Respondents will present in this appeal, Respondents respectfully request that the Court stay the briefing schedule and hold this appeal in abeyance pending a decision in *Herrera Avila*.

Undersigned counsel contacted Petitioner's counsel, who does not oppose Respondents' request to hold this appeal in abeyance. It is noted that Petitioner has been granted bond by the Immigration Court, so Petitioner will not be prejudiced by an order holding this appeal in abeyance.

WHEREFORE, Respondents respectfully request that the Court hold this appeal in abeyance and stay the briefing schedule.

Respectfully submitted,

United States of America

David C. Waterman
United States Attorney

By: */s/ Andrew H. Kahl*
Andrew H. Kahl
Assistant United States Attorney

Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309-2053
Tele: (515) 473-9300
Fax: (515) 473-9292

# CERTIFICATE OF COMPLIANCE
## WITH RULES 27(d)(2)(A) and 32(a)

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 236 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Century Schoolbook font, 14 point.

Dated: January 30, 2026.

By */s/ Andrew H. Kahl*
Andrew H. Kahl
Assistant United States Attorney

Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309-2053
Tele: (515) 473-9300
Fax:  (515) 473-9292

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Suellen M. Irwin*
Paralegal Specialist